JASON M. FRIERSON
United States Attorney
District of Nevada
SUMMER A. JOHNSON
Assistant United States Attorney
Financial Litigation Program
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Telephone:  (702) 388-6556
Summer.Johnson@usdoj.gov

VINCENT M. CRETA
Special Assistant United States Attorney
Arizona State Bar No. 019044
Financial Litigation Program
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone:  (602) 514-7500
Vincent.Creta@usdoj.gov
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Richard A. Finger,<br><br>　　　　　Defendant,<br><br>Wells Fargo Bank NA,<br><br>　　　　　Garnishee. | 2:22-CR-00165-JCM-DJA-1<br><br>**MOTION TO QUASH WRIT OF CONTINUING GARNISHMENT** |

Plaintiff requests the Court to quash the Writ of Continuing Garnishment issued in the above case by the District of Arizona on April 4, 2022 (Doc. 73) as the amount held is de minimis and the parties are negotiating.

DATED:  June 9, 2023

　　　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Nevada

　　　　　　　　　　　　　　　　　　　　*s/ Vincent M. Creta*
　　　　　　　　　　　　　　　　　　　　VINCENT M. CRETA
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

1 | Copy of the foregoing mailed on June 9, 2023, to:
2
3 | Richard A. Finger
Las Vegas, NV 89141
4 | Ashley Finger
92 Olympia Chase Drive
5 | Las Vegas NV 89141
6 | Wells Fargo Bank NA
PO Box 29779
7 | S4001-01E
Phoenix, Arizona 85038
8
9 | /s A Phillips-Penquite

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | 2:22-CR-00165-JCM-DJA-1 |
| v. | |
| Richard A. Finger, | ORDER |
| Defendant, | |
| Wells Fargo Bank NA, | |
| Garnishee. | |

The United States of America having filed its Motion to Quash Writ of Continuing Garnishment and good cause appearing,

IT IS ORDERED that the Motion to Quash Writ of Continuing Garnishment filed is granted.

IT IS FURTHER ORDERED that the Writ of Continuing Garnishment entered in the above case by the District of Arizona on April 4, 2022 (Doc. 73) is hereby quashed.

DATED this 15th day of June, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE