UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:22-CR-00165-JCM-DJA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD A. FINGER, JR, | ) | |
| | ) | |
| Defendant. | ) | |

## CLARIFICATION ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case (ECF [1]-3) on 05/10/2012.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee:    ALAN R. STEPHEN
c/o BRIAN P EAGAN, ESQ.
9060 W CHEYENNE AVE
LAS VEGAS, NV 89129

**Total Amount of Restitution ordered:  $1,326,294.00\*\***

\*\* The above restitution does not include prior payments receipted on behalf of the Defendant.

Dated  February 16, 2024.

_____
UNITED STATES DISTRICT JUDGE